UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

ALAN D. SUGARMAN,                    :      Civil Action No. 14-cv-05019 (PAE)

                 Plaintiff,          :

          -against-                  :      **STIPULATED**

MORGAN STANLEY & CO., AON            :      **ORDER OF DISCONTINUANCE**
CORPORATION, JOHN DOE
CORPORATION ONE, D/B/A AON           :
HEWITT, UNITED HEALTHGROUP
INCORPORATED, AND JOHN DOE           :
CORPORATION TWO D/B/A
UNITEDHEALTHCARE,                    :

Defendants.                          :

———————————————————————— x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/3/14

**Honorable Paul A. Engelmayer, U.S.D.J.:**

    This matter having duly come before me to be heard, and the attorneys for all parties

having advised the Court that all claims asserted herein are settled, it is hereby

    ORDERED that the above entitled action be and hereby is dismissed with prejudice and

on the merits, without costs or fees to either party; and it is further

    ORDERED that the Clerk of the Court is instructed to close this case and remove it from

my docket.

**SO ORDERED:**

New York, New York

Dated:  9/3/14

_____
Paul A. Engelmayer, U.S.D.J.

**STIPULATED AND AGREED TO BY:**

**ALAN D. SUGARMAN**

Alan D. Sugarman, Esq.
*Pro Se Plaintiff*
17 W. 70th Street
New York, NY 10023
(212) 762-6924

Dated:  August 21, 2014

**MORGAN STANLEY**

By:  Dermot Sullivan, Esq.
Executive Director
1585 Broadway
New York, NY 10036
(212) 762-6924
*Defendant*

Dated: __8/14/14__

**HEWITT ASSOCIATES LLC**

By:  Matthew G. Miller
Vice President and Chief Counsel –
Outsourcing and Consulting
4 Overlook Point
Lincolnshire, IL 60069
*Defendant*

Dated:  8/18/14

**UNITEDHEALTH GROUP INC.**

By: Christopher J. Coxon
Associate General Counsel
185 Asylum St., CT039-20A
Hartford, CT 06103
*Defendant*

Dated: _____